UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| STEVE ROMERO, | NO. CV 14-6488-JFW (AGR) |
|---|---|
| Petitioner, | JUDGMENT |
| v. | |
| WARDEN, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is dismissed on the merits with prejudice.

DATED: March 29, 2017

_____
JOHN F. WALTER
United States District Judge